RECEIVED
USDC CLERK GREENVILLE SC

2016 OCT 28  PM 3:48

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Neal Baker
United States or State As Party

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Federal Election Commission,
Hillary Clinton
Donald Trump,
Greenville County, Greenville S.C. Court Common Pleas

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Greenville County, Greenville S.C. Court Common Pleas

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Judy Baker
- Street Address: 18 - 7th Street Judson
- City and County: Greenville
- State and Zip Code: South Carolina 29611
- Telephone Number: (864) 662-8955

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- Name: Federal Election Commn.
- Job or Title (if known): Response for Federal Election
- Street Address: Washington D.C.
- City and County:
- State and Zip Code:
- Telephone Number:

**Defendant No. 2**
- Name: Harily Clinton
- Job or Title (if known): Democrator Party
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

**Defendant No. 3**
- Name: Donald Trump

2

  Job or Title (if known): E-Republic Party
  Street Address: _____
  City and County: _____
  State and Zip Code: _____
  Telephone Number: _____

Defendant No. 4
  Name: Greenville County Common Pleas Court
  Job or Title (if known): 4) Everyone Else, That's in the Election Beside Myself, Jacob Baker, 2016
  Street Address: Greenville SC Greenville County Court
  City and County: Greenville County, Greenville
  State and Zip Code: 5) Greenville, County, Greenville, SC
  Telephone Number: Court Common Pleas

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

 ☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Claim arising under laws, treaties, or Constitution of United States / Pendent Party Jurisdiction / 72 A.L.R 1Fed. 19 federal courts, in actions based on the diversity of citizenship, 71 A.L.R. 3 Fed. 117, Dormancy Statutes as statutes limitation; validity and applicability to Causes of

*[Handwritten margin notes:] A statute enlarging limitation period, 79 ALR 2d 1080; Constitutional Law, 16 AmJur 2d, applicability of law to various enactments and persons*

*Annotations: Supreme Courts' views as to what constitutes a Bill of Attainder Prohibited by federal Constitution 53 L. Ed 2d 1275*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, (name) **Jacob Baker**, is a citizen of the State of (name) **South Carolina**.

   b. If the plaintiff is a corporation

      The plaintiff, (name) **Jacob Baker**, is incorporated under the laws of the State of (name) **South Carolina**, and has its principal place of business in the State of (name) **Run For President Jacob Baker**

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, (name) **Hillary Clinton**, is a citizen of the State of (name) **Washington D.C.**. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

      The defendant, (name) **Donald Trump**, is incorporated under the laws of the State of (name) **New York**, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

      *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*Jared Baker, this is a job, I'm on a Certificate, 2 years 2 terms, thats the law, let the job be enforced, I'm ask for the Job I'm not paid for being President. What I think it $900,000 Dollar for 2 years. whats the*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Claims Arising Under Laws, Treaties, or Constitution of United States / "Pendent Party Jurisdiction", 72 A.L.R. Fed. 19 Pendent Jurisdiction of Federal Court in action based on diversity of Citizenship, 71 A.L.R Fed. 117, The Debate didn't get to make to the Debate President 2016, The Attorney a lawsuit asked what I need to attend the Debate, you get in.*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*The People work.*

*Jared Baker, I'm not ask the Court, to stop this Election 2016 President Election, thats they be Statutory, Statute, Statory U.S Code Law, thats the government do they job, I'm go to court, the Federal Election Commission Office, Need to go Courts, thats this will be the 2 second time that they didn't get sworn from 5 after file a law, that is now a matter of law 50, Rule. 52/ Rule Matter of law.*

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-28, 2016.

Signature of Plaintiff: *Jacob Baker*
Printed Name of Plaintiff: JACOB BAKER

#### B. For Attorneys

Date of signing: 10-28, 2016.

Signature of Attorney: *Jacob Baker*
Printed Name of Attorney: JACOB BAKER
Bar Number:
Name of Law Firm:
Address:
Telephone Number: (864) 662-8455
E-mail Address:

6